# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JANE DOE,

    Plaintiff,

v.

LONESTAR IT SOLUTIONS, LLC; and TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,

    Defendants.

Case No. 6:23-CV-575-RBD-RMN

## ORDER

This cause is before the Court on Plaintiff's Motion For Leave To Proceed In Pseudonym Or, In The Alternative, For Entry Of A Protective Order. Dkt. 15. For the reasons stated at a hearing held on May 2, 2023, the Court denies the motion without prejudice.

Accordingly, it is **ORDERED**:

1. The Motion (Dkt. 15) is **DENIED without prejudice**;

2. Plaintiff is directed file a corrected certificate of interested persons that discloses Plaintiff's identity;

3. Plaintiff may file a motion for leave to file the corrected certificate of interested parties and other relevant documents under seal, if

necessary, provided any such motion must comply with the requirements of Local Rule 1.11(c); and

    4.    If Plaintiff renews her motion to proceed under pseudonym, the motion should be supported by a declaration, any other relevant documents, and a memorandum of law that addresses the factors identified in *Plaintiff B v. Francis*, 631 F.3d 1310 (11th Cir. 2011).[1]

**DONE** and **ORDERED** in Orlando, Florida, on May 2, 2023.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record

---

[1] In *Francis*, the Eleventh Circuit directed courts to apply a totality of the circumstances test that considers, among other things, whether: (1) the case involves a challenge to government or private activity; (2) the party will be required to disclose information of the utmost intimacy; (3) the party would be threatened by violence or physical harm if they proceeded in their real name; (4) the party will be compelled to admit their intention to engage in illegal conduct and thus risk criminal prosecution; (5) the party is a minor; and (6) proceeding anonymously would pose a unique threat of fundamental unfairness to the defendant. 631 F.3d at 1316.