## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JANE DOE,

              Plaintiff,

v.

LONESTAR IT SOLUTIONS, LLC; and
TRANSUNION RENTAL SCREENING
SOLUTIONS, INC.,

              Defendants.

Case No.: 6:23-cv-00575-RDB-RMN

## <u>RENEWED MOTION FOR LEAVE TO SERVE PROCESS ON</u>
## <u>DEFENDANT LONESTAR IT SOLUTIONS, LLC BY EMAIL</u>

Plaintiff respectfully moves the Court for an Order granting leave to serve process on Defendant Lonestar IT Solutions, LLC ("Lonestar") pursuant to Fed. R. Civ. P. 4(e)(1), by email as allowed under Tex. R. Civ. P. 106, and in support alleges:

Rule 4(e)(1) provides that a defendant may be served according to the procedures allowed by state law in the state where service is made. Fed. R. Civ. P. 4(e)(1).

Texas law permits service by email after first attempting to effect service by mail or personal delivery.

(b) Upon motion supported by a statement-sworn to before a notary or made under penalty of perjury-listing any location where the defendant

*Doe v. Lonestar IT Solutions, LLC et al.*

can probably be found and stating specifically the facts showing that service has been attempted under (a)(1) or (a)(2) at the location named in the statement but has not been successful, the court may authorize service:

(1) . . .

(2) in any other manner, including electronically by social media, email, or other technology, that the statement or other evidence shows will be reasonably effective to give the defendant notice of the suit.

Tex. R. Civ. P. 106(b)(2). The comment to the amendment incorporating subrule (b)(2) explains that

> In determining whether to permit electronic service of process, a court should consider whether the technology actually belongs to the defendant and whether the defendant regularly uses or recently used the technology.

Tex. R. Civ. P. 106 cmt. to Aug. 1, 2020 amendment.

Lonestar's registered agent is Erik Dail, and the registered office is located at 5402 Bowser Ave., Dallas, TX 75209. Lonestar's principal place of business is located at 3333 Lee Parkway 646, Dallas, TX 75219 USA. A true and correct copy of the information provided online by the Texas Secretary of State is attached hereto as Exhibit 1.

Plaintiff has attempted to serve Lonestar through their registered agent and at Lonestar's principal place of business. (Doc. 12 at 1-2.) The affiant noted that both locations are vacant. (*Id.*)

Lonestar has admitted in court documents that it is the entity that conducts business through https://tenantbackgroundsearch.com/. A true and accurate copy of

Lonestar's Amended Answer in *Walters v. Tenant Background Search* (W.D. Tex. Case No.: 1:16-cv-01092-DAE) is attached hereto as Exhibit 2.

Lonestar conducts its business electronically but hides physically. Lonestar's website contains no physical address or even telephone numbers. Lonestar's website only contains one email address on its "Contacts" tab, "support@tenantBackgroundSearch.com". [1] Thereby, inviting communications being emailed to that address. A true and accurate copy of the "Contacts" showing the email "support@tenantBackgroundSearch.com" is attached hereto as Exhibit 3.

Wherefore, Plaintiff requests that leave be granted to effect service on Lonestar by email to the address "support@tenantBackgroundSearch.com".

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I certify that on May 18, 2023, I conferred with counsel for Defendant Transunion Rental Screening Solutions, Inc., who does not oppose this Motion.

---

[1] https://tenantbackgroundsearch.com/contactUs.aspx Last accessed on May 17, 2023 at 2:34pm EST.

*Doe v. Lonestar IT Solutions, LLC et al.*

Dated: May 18, 2023

CONSUMER ATTORNEYS

*/s/ Santiago J Teran*
Santiago J Teran (FL Bar No. 1018985)
E-mail: steran@consumerattorneys.com
Consumer Attorneys
2125 Biscayne Bldv., Ste 206
Miami, FL 33137
Direct: (347) 946-7990
Facsimile: (718) 715-1750

Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258

*Attorney for Plaintiff Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Santiago J. Teran*
Santiago J. Teran