# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JANE DOE,

    Plaintiff,

v.

                                          Case No: 6:23-cv-575-RBD-RMN

LONESTAR IT SOLUTIONS, LLC
and TRANSUNION RENTAL
SCREENING SOLUTIONS, INC.,

    Defendants.
_____

## ORDER

Before the Court is the parties' Case Management Report (Doc. 36). The report indicates that the parties have not yet agreed upon a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator no later than **July 3, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2023.



ROY B. DALTON JR.
United States District Judge