UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff,

v.                                   Case No:   6:23-cv-575-RBD-RMN

LONESTAR IT SOLUTIONS, LLC
and TRANSUNION RENTAL
SCREENING SOLUTIONS, INC.,

    Defendants.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement filed on July 11, 2023 (Doc. 47), indicating that this case has settled as to Transunion Rental Screening Solutions, Inc. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to **Defendant Transunion Rental Screening Solutions, Inc.,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Court declines to retain jurisdiction to enforce the parties' agreement.

2. The Clerk is **DIRECTED** to terminate Transunion Rental Screening Solutions, Inc. as a party to this action.

3. This case remains pending as to Defendant Lonestar IT Solutions, LLC and all deadlines remain in effect until the Court is notified of a resolution as to the remaining party.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 13, 2023.

ROY B. DALTON JR.
United States District Judge